THE PEOPLE *ex rel.* LUCY ALLEN, Respondent, *v.* WILLIAM
H. ALLEN, Appellant.

*Court of Appeals, March 25, 1887.*

*Appeal. Custody of children.*—Where the courts below, upon a view
of all the existing facts relating to the welfare and interests of the
infants, had exercised their discretion in awarding to the mother
the custody of the children, without assigning, to an Illinois de-
cree, awarding to her the custody, the force of an estoppel, or the
conclusive effect sometimes due to a judgment, but simply regard-
ing it as a fact or circumstance bearing upon the discretion to be
exercised, without dictating or controlling it, the court of appeals
dismissed the appeal.

Appeal from an order and judgment of the general term
of the supreme court, affirming a special term order, award-
ing the custody of infant children to their mother.

*Theo. Bacon*, for appellant.

*John M. Davy*, for respondent.

PER CURIAM.—We dismiss this appeal for the reason that
the courts below, upon a view of all the existing facts re-
lating to the welfare and interest of the infants, exercised
their discretion in awarding to the mother the custody of
the children ; and in so doing gave to the Illinois decree not
the force of an estoppel, or the conclusive effect sometimes
due to a judgment, but simply regarded it as a fact or cir-
cumstance bearing upon the discretion to be exercised,
without dictating or controlling it.

Appeal dismissed, with costs.

All concur.